LEIPE, Appellant, vs. BOARDMAN, Respondent.

For the appellant: *Sheldon & Freytag* of Elkhorn.

For the respondent: *Charles E. Lyon* of Elkhorn, attorney, and *Rieser & Mathys* of Madison of counsel.

*By the Court.*—Judgment affirmed.

BRANIGAN, Respondent, vs. BRANIGAN, Appellant.

For the appellant: *J. H. Johnston* of Beloit.

For the respondent: *Blakey & Blakely* of Beloit, attorneys, and *Jeffris, Mouat, Oestreich, Wood & Cunningham* of Janesville of counsel.

*By the Court.*—Judgment affirmed.